# UNTIED STATE BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  :

**ROBERT WILLIAM RIFE, II** :  Case No. 12-54218

: Chapter 13

Debtor(s) :

: Judge CALDWELL

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes the Debtor, Robert William Rife, II, by and through undersigned counsel, and tenders notification of a change in the Debtor's home address as set forth below:

Old Address:   6332 Hyland Drive
Dublin, Ohio 43017

New Address:   5903 Berkshire Court
Dublin, Ohio 43017

The Debtor's telephone number remains unchanged.

Respectfully Submitted,

By: /s/ Richard J. Neal
Richard J. Neal, Esq. (0081843)
**RICHARD J. NEAL LAW, LLC**
600 South High Street, Suite D
Columbus, Ohio 43215
Telephone: (614) 464-0776
Facsimile: (614) 464-3450
rjnealesq@gmail.com
*Case Attorney for Debtor(s)*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on 06/30/2015, a true and correct copy of the foregoing Notification of Change of Address was served on the following ECF participants, electronically, through the Court's ECF System at the email address registered with the Court.

Asst US Trustee
Frank M. Pees
Richard J. Neal, Esq.

and on the following by ordinary U.S. Mail addressed to:

Robert W. Rife II
5903 Berkshire Court
Dublin, Ohio 43017
*Debtor*

                                      By: /s/ Richard J. Neal
                                      Richard J. Neal, Esq. (0081843)